**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: CARSTINE PROPERTIES § | Case No. 10-29992-BWB |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/08/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                   Trustee

THOMAS B. SULLIVAN, TRUSTEE  
1900 RAVINIA PLACE  
ORLAND PARK, IL  60462  
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CARSTINE PROPERTIES                              §   Case No. 10-29992-BWB
                                                        §
                                                        §
Debtor(s)                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 7,833.52 |
| *and approved disbursements of* | $ 6.32 |
| *leaving a balance on hand of* [1] | $ 7,827.20 |
| **Balance on hand:** | $ 7,827.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,827.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,533.35 | 0.00 | 1,533.35 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 640.00 | 0.00 | 640.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 32.68 | 0.00 | 32.68 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,206.03 |
| Remaining balance: | $ 5,621.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    5,621.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,300.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Antonio Wingo | 1,200.00 | 0.00 | 1,200.00 |
| 14 | Michele L. Byrd | 1,100.00 | 0.00 | 1,100.00 |

Total to be paid for priority claims:  $    2,300.00
Remaining balance:  $    3,321.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:  $         0.00
Remaining balance:  $    3,321.17

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 7,081.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 47.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Charles Jager | 1,000.00 | 0.00 | 469.92 |
| 3 | City of Chicago | 421.00 | 0.00 | 197.83 |
| 4 | Eric Voelz | 300.00 | 0.00 | 140.97 |
| 5 | Kenya Wortham | 750.00 | 0.00 | 352.43 |
| 6 | Mattie Lee Caples | 850.00 | 0.00 | 399.42 |
| 8 | Patty Brown | 900.00 | 0.00 | 422.92 |
| 9 | Terra Radetski | 950.00 | 0.00 | 446.41 |
| 10 | People's Energy | 140.00 | 0.00 | 65.79 |
| 11 | People's Energy | 870.00 | 0.00 | 408.82 |
| 13 | Patty Brown | 900.00 | 0.00 | 422.92 |

Total to be paid for tardy general unsecured claims: $ 3,327.43
Remaining balance: $ -6.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -6.26

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carstine Properties, LLC  
    Debtor

Case No. 10-29992-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1       User: mflowers       Page 1 of 1       Date Rcvd: Mar 09, 2011  
                      Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2011.

```
db           +Carstine Properties, LLC,    1421 N Prairie Avenue,    Joliet, IL 60435-4125
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +John A Reed,    John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
15806730     +Antonio Wingo,    919 W 86th Place Unit 1,    Chicago, IL 60620-3221
15806731      Aurora Loan Services,    601 Fifth Avenue,    P.O. Box 1706,    Scottsbluff, NE 69363-1706
15806732     +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
15806733     +Carson Lauffer,    1421 North Prairie,    Joliet, IL 60435-4125
15806734     +Charlene Jones,    919 W 86th Place,    Chicago, IL 60620-3221
15806735     +Charles Jager,    Arley Volante,    2210 Francine,    Joliet, IL 60436-1116
15806736     +Christine Lauffer,    1421 North Prairie,    Joliet, IL 60435-4125
15806737      City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
15806738     +Connected Property Management LLC,    3047 N Lincoln Ave # 300,    Chicago, IL 60657-4274
15806740     +GMAC Mortgage LLC,    3451 Hammond Ave,    Waterloo, IA 50702-5300
15806741      IndyMac Mortgage Services,    Home Loan Servicing,    P.O. Box 4045,    Kalamazoo, MI 49003-4045
15806743     +Kenya Wortham,    Lorraine Eaton,    919 W 86th Place, Basement,    Chicago, IL 60620-3221
15806744     +Mattie Lee Caples,    Edward Calvert,    1800 Inner Circle Drive,    Crest Hill, IL 60403-2310
15806745     +Michele L. Byrd,    1906 Clement St,    Crest Hill, IL 60403-2416
15806746     +Patty Brown,    924 Gardner St,    Joliet, IL 60433-2436
15806747     +People's Energy,    130 E Randolph Dr,    Chicago, IL 60601-6302
15806748     +Pierce & Associates, P.C.,    1 N Dearborn Street # 1300,    Chicago, IL 60602-4373
15806749     +Sameka Richards,    919 W 86th Place, 2nd Floor,    Chicago, IL 60620-3221
15806750     +Terra Radetski,    306 Theodore Street,    Joliet, IL 60403-2638
15806751     +Will County Treasurer,    302 N Chicago Street,    Joliet, IL 60432-4059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski, Grochocinski and Lloyd Ltd
16633903*    +Michele L. Byrd,    1906 Clement St,    Crest Hill, IL 60403-2416
16729676*    +Michele L.Byrd,    1906 Clement St,    Crest Hill, IL 60403-2416
15806739     ##+Eric Voelz,    924 Gardner,    Joliet, IL 60433-2436
15806742     ##+Jennifer Christie,    Ashley Mahoney,    1908 Hickory Street,    Joliet, IL 60403-2544
                                                                                               TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**                          **Signature:** *Joseph Speetjens*