**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CARSTINE PROPERTIES § | Case No. 10-29992-BWB |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $43,960.00 *(without deducting any secured claims)* | Assets Exempt: $518,715.22 |
| Total Distribution to Claimants: $5,621.26 | Claims Discharged Without Payment: $2,859.74 |
| Total Expenses of Administration: $2,212.35 | |

3) Total gross receipts of $ 7,833.61   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $7,833.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,212.35 | 2,212.35 | 2,212.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 3,400.00 | 2,300.00 | 2,300.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 7,081.00 | 6,181.00 | 3,321.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $12,693.35 | $10,693.35 | $7,833.61 |

    4) This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011                By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNT | 1129-000 | 5,850.00 |
| SECURITY DEPOSITS | 1290-000 | 1,983.14 |
| Interest Income | 1270-000 | 0.47 |
| **TOTAL GROSS RECEIPTS** | | **$7,833.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,533.35 | 1,533.35 | 1,533.35 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 640.00 | 640.00 | 640.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 32.68 | 32.68 | 32.68 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 6.32 | 6.32 | 6.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,212.35 | 2,212.35 | 2,212.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Antonio Wingo | 5600-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| 7 -2 | Michele L. Byrd | 5600-000 | N/A | 1,100.00 | 0.00 | 0.00 |
| 14 | Michele L. Byrd | 5600-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,400.00 | 2,300.00 | 2,300.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Charles Jager | 7200-000 | N/A | 1,000.00 | 1,000.00 | 537.33 |
| 3 | City of Chicago | 7200-000 | N/A | 421.00 | 421.00 | 226.22 |
| 4 | Clerk Of The U.S. Bankruptcy Court - Eric Voelz | 7200-001 | N/A | 300.00 | 300.00 | 161.20 |
| 5 | Kenya Wortham | 7200-000 | N/A | 750.00 | 750.00 | 403.00 |
| 6 | Mattie Lee Caples | 7200-000 | N/A | 850.00 | 850.00 | 456.73 |
| 8 | Patty Brown | 7200-000 | N/A | 900.00 | 0.00 | 0.00 |
| 9 | Clerk Of The U.S. Bankruptcy Court - Terra Radetski | 7200-001 | N/A | 950.00 | 950.00 | 510.47 |
| 10 | Clerk Of The U.S. Bankruptcy Court - People's Energy | 7200-001 | N/A | 140.00 | 140.00 | 75.23 |
| 11 | Clerk Of The U.S. Bankruptcy Court - People's Energy | 7200-001 | N/A | 870.00 | 870.00 | 467.48 |
| 12 | Antonio Wingo | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Patty Brown | 7200-000 | N/A | 900.00 | 900.00 | 483.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 0.00 | 7,081.00 | 6,181.00 | 3,321.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  
**Period Ending:** 09/13/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/12/10  
**Claims Bar Date:** 11/17/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2210 FRANCINE, JOLIET | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | 306 THEODORE STREET, JOLIET | 135,000.00 | 0.00 | | 0.00 | FA |
| 3 | 924 GARDNER, JOLIET | 100,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1823 BURRY CIRCLE, CREST HILL | 120,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1800 INNER CIRCLE, CREST HILL | 102,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1908 HICKORY STREET, CRET HILL, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 7 | 919 W 86TH PLACE, CHICAGO, IL | 280,000.00 | 0.00 | | 0.00 | FA |
| 8 | BANK ACCOUNT | 1,500.00 | 1,500.00 | | 5,850.00 | FA |
| 9 | PREVIOUS TENANTS RENT | 43,960.00 | 43,960.00 | DA | 0.00 | FA |
| 10 | SECURITY DEPOSITS (u) | Unknown | Unknown | | 1,983.14 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.47 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | $1,037,460.00 | $45,460.00 | | $7,833.61 | $0.00 |

**Major Activities Affecting Case Closing:**

AWAITING PRIORITY SECURITY DEPOSIT CLAIMS

**Initial Projected Date Of Final Report (TFR):** March 31, 2011  **Current Projected Date Of Final Report (TFR):** June 30, 2011

Case 10-29992   Doc 36   Filed 09/27/11   Entered 09/27/11 14:17:33   Desc Main
Document      Page 7 of 14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  

**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | {8} | CARSON LAUFFER | TURNOVER OF BANK ACCOUNT | 1129-000 | 5,850.00 | | 5,850.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.05 | | 5,850.05 |
| 09/02/10 | {10} | CONNECTED PROPERTY MANAGEMENT | SECURITY DEPOSITS | 1290-000 | 759.61 | | 6,609.66 |
| 09/02/10 | {10} | CONNECTED PROPERTY MANAGEMENT | SECURITY DEPOSITS | 1290-000 | 1,223.53 | | 7,833.19 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,833.24 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,833.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,833.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,833.40 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,833.46 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-29992, Bond# 016026455 | 2300-000 | | 6.32 | 7,827.14 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,827.20 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,827.26 |
| 04/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 7,827.29 |
| 04/19/11 | | To Account #9200******0666 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 7,827.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,833.61 | 7,833.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,827.29 | |
| | | | **Subtotal** | | 7,833.61 | 6.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,833.61** | **$6.32** | |

{} Asset reference(s)                                                                                       Printed: 09/13/2011 11:20 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  

**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/19/11 | | From Account #9200******0665 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 7,827.29 | | 7,827.29 |
| 04/20/11 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,533.35, Trustee Compensation; Reference: duplicate claim of Patty Brown Voided on 04/20/11 | 2100-000 | | 1,533.35 | 6,293.94 |
| 04/20/11 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,533.35, Trustee Compensation; Reference: duplicate claim of Patty Brown Voided: check issued on 04/20/11 | 2100-000 | | -1,533.35 | 7,827.29 |
| 04/20/11 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $640.00, Attorney for Trustee Fees (Trustee Firm); Reference: duplicate claim of Patty Brown Voided on 04/20/11 | 3110-000 | | 640.00 | 7,187.29 |
| 04/20/11 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $640.00, Attorney for Trustee Fees (Trustee Firm); Reference: duplicate claim of Patty Brown Voided: check issued on 04/20/11 | 3110-000 | | -640.00 | 7,827.29 |
| 04/20/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $32.68, Attorney for Trustee Expenses (Trustee Firm); Reference: duplicate claim of Patty Brown Voided on 04/20/11 | 3120-000 | | 32.68 | 7,794.61 |
| 04/20/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $32.68, Attorney for Trustee Expenses (Trustee Firm); Reference: duplicate claim of Patty Brown Voided: check issued on 04/20/11 | 3120-000 | | -32.68 | 7,827.29 |
| 04/20/11 | 104 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 1; Filed: $1,200.00; Reference: duplicate claim of Patty Brown Voided on 04/20/11 | 5600-000 | | 1,200.00 | 6,627.29 |
| 04/20/11 | 104 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 1; Filed: $1,200.00; Reference: duplicate claim of Patty Brown Voided: check issued on 04/20/11 | 5600-000 | | -1,200.00 | 7,827.29 |
| 04/20/11 | 105 | Michele L.Byrd | Dividend paid 100.00% on $1,100.00; Claim# 14; Filed: $1,100.00; Reference: duplicate claim of Patty Brown Voided on 04/20/11 | 5600-000 | | 1,100.00 | 6,727.29 |
| 04/20/11 | 105 | Michele L.Byrd | Dividend paid 100.00% on $1,100.00; Claim# 14; Filed: $1,100.00; Reference: duplicate | 5600-000 | | -1,100.00 | 7,827.29 |

Subtotals : $7,827.29 $0.00

{} Asset reference(s)     Printed: 09/13/2011 11:20 AM    V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  

**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | claim of Patty Brown<br>Voided: check issued on 04/20/11 | | | | |
| 04/20/11 | 106 | Charles Jager | Dividend paid  46.90% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 469.04 | 7,358.25 |
| 04/20/11 | 106 | Charles Jager | Dividend paid  46.90% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -469.04 | 7,827.29 |
| 04/20/11 | 107 | City of Chicago | Dividend paid  46.90% on $421.00; Claim# 3; Filed: $421.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 197.47 | 7,629.82 |
| 04/20/11 | 107 | City of Chicago | Dividend paid  46.90% on $421.00; Claim# 3; Filed: $421.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -197.47 | 7,827.29 |
| 04/20/11 | 108 | Eric Voelz | Dividend paid  46.90% on $300.00; Claim# 4; Filed: $300.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 140.71 | 7,686.58 |
| 04/20/11 | 108 | Eric Voelz | Dividend paid  46.90% on $300.00; Claim# 4; Filed: $300.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -140.71 | 7,827.29 |
| 04/20/11 | 109 | Kenya Wortham | Dividend paid  46.90% on $750.00; Claim# 5; Filed: $750.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 351.78 | 7,475.51 |
| 04/20/11 | 109 | Kenya Wortham | Dividend paid  46.90% on $750.00; Claim# 5; Filed: $750.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -351.78 | 7,827.29 |
| 04/20/11 | 110 | Mattie Lee Caples | Dividend paid  46.90% on $850.00; Claim# 6; Filed: $850.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 398.68 | 7,428.61 |
| 04/20/11 | 110 | Mattie Lee Caples | Dividend paid  46.90% on $850.00; Claim# 6; Filed: $850.00; Reference:  duplicate claim of | 7200-000 | | -398.68 | 7,827.29 |

Subtotals :     $0.00     $0.00

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  
**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Patty Brown<br>Voided: check issued on 04/20/11 | | | | |
| 04/20/11 | 111 | Patty Brown | Dividend paid  46.90% on $900.00; Claim# 8; Filed: $900.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 422.13 | 7,405.16 |
| 04/20/11 | 111 | Patty Brown | Dividend paid  46.90% on $900.00; Claim# 8; Filed: $900.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -422.13 | 7,827.29 |
| 04/20/11 | 112 | Terra Radetski | Dividend paid  46.90% on $950.00; Claim# 9; Filed: $950.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 445.59 | 7,381.70 |
| 04/20/11 | 112 | Terra Radetski | Dividend paid  46.90% on $950.00; Claim# 9; Filed: $950.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -445.59 | 7,827.29 |
| 04/20/11 | 113 | People's Energy | Dividend paid  46.90% on $140.00; Claim# 10; Filed: $140.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 65.67 | 7,761.62 |
| 04/20/11 | 113 | People's Energy | Dividend paid  46.90% on $140.00; Claim# 10; Filed: $140.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -65.67 | 7,827.29 |
| 04/20/11 | 114 | People's Energy | Dividend paid  46.90% on $870.00; Claim# 11; Filed: $870.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 408.06 | 7,419.23 |
| 04/20/11 | 114 | People's Energy | Dividend paid  46.90% on $870.00; Claim# 11; Filed: $870.00; Reference:  duplicate claim of Patty Brown<br>Voided: check issued on 04/20/11 | 7200-000 | | -408.06 | 7,827.29 |
| 04/20/11 | 115 | Patty Brown | Dividend paid  46.90% on $900.00; Claim# 13; Filed: $900.00; Reference:  duplicate claim of Patty Brown<br>Voided on 04/20/11 | 7200-000 | | 422.13 | 7,405.16 |
| 04/20/11 | 115 | Patty Brown | Dividend paid  46.90% on $900.00; Claim# 13; Filed: $900.00; Reference:  duplicate claim of | 7200-000 | | -422.13 | 7,827.29 |

Subtotals :  $0.00   $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  

**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Patty Brown<br>Voided: check issued on 04/20/11 | | | | |
| 04/20/11 | 116 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,533.35, Trustee Compensation; Reference: Re-issued | 2100-000 | | 1,533.35 | 6,293.94 |
| 04/20/11 | 117 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $640.00, Attorney for Trustee Fees (Trustee Firm); Reference: Re-issued | 3110-000 | | 640.00 | 5,653.94 |
| 04/20/11 | 118 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $32.68, Attorney for Trustee Expenses (Trustee Firm); Reference: Re-issued | 3120-000 | | 32.68 | 5,621.26 |
| 04/20/11 | 119 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 1; Filed: $1,200.00; Reference: Re-issued<br>Voided on 04/20/11 | 5600-000 | | ! 1,200.00 | 4,421.26 |
| 04/20/11 | 119 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 1; Filed: $1,200.00; Reference: Re-issued<br>Voided: check issued on 04/20/11 | 5600-000 | | ! -1,200.00 | 5,621.26 |
| 04/20/11 | 120 | Michele L.Byrd | Dividend paid 100.00% on $1,100.00; Claim# 14; Filed: $1,100.00; Reference: Re-issued<br>Voided on 04/20/11 | 5600-000 | | ! 1,100.00 | 4,521.26 |
| 04/20/11 | 120 | Michele L.Byrd | Dividend paid 100.00% on $1,100.00; Claim# 14; Filed: $1,100.00; Reference: Re-issued<br>Voided: check issued on 04/20/11 | 5600-000 | | ! -1,100.00 | 5,621.26 |
| 04/20/11 | 121 | Charles Jager | Dividend paid 46.90% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference: Re-issued<br>Voided on 04/20/11 | 7200-000 | | ! 469.04 | 5,152.22 |
| 04/20/11 | 121 | Charles Jager | Dividend paid 46.90% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference: Re-issued<br>Voided: check issued on 04/20/11 | 7200-000 | | ! -469.04 | 5,621.26 |
| 04/20/11 | 122 | City of Chicago | Dividend paid 46.90% on $421.00; Claim# 3; Filed: $421.00; Reference: Re-issued<br>Voided on 04/20/11 | 7200-000 | | ! 197.47 | 5,423.79 |
| 04/20/11 | 122 | City of Chicago | Dividend paid 46.90% on $421.00; Claim# 3; Filed: $421.00; Reference: Re-issued<br>Voided: check issued on 04/20/11 | 7200-000 | | ! -197.47 | 5,621.26 |
| 04/20/11 | 123 | Eric Voelz | Dividend paid 46.90% on $300.00; Claim# 4; Filed: $300.00; Reference: Re-issued<br>Voided on 04/20/11 | 7200-000 | | ! 140.71 | 5,480.55 |
| 04/20/11 | 123 | Eric Voelz | Dividend paid 46.90% on $300.00; Claim# 4; Filed: $300.00; Reference: Re-issued | 7200-000 | | ! -140.71 | 5,621.26 |

Subtotals :    $0.00    $2,206.03

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/13/2011 11:20 AM    V.12.57

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-29992-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | CARSTINE PROPERTIES | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******06-66 - Checking Account |
| Taxpayer ID #: | **-***9269 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 04/20/11 | | | | |
| 04/20/11 | 124 | Kenya Wortham | Dividend paid 46.90% on $750.00; Claim# 5; Filed: $750.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 351.78 | 5,269.48 |
| 04/20/11 | 124 | Kenya Wortham | Dividend paid 46.90% on $750.00; Claim# 5; Filed: $750.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -351.78 | 5,621.26 |
| 04/20/11 | 125 | Mattie Lee Caples | Dividend paid 46.90% on $850.00; Claim# 6; Filed: $850.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 398.68 | 5,222.58 |
| 04/20/11 | 125 | Mattie Lee Caples | Dividend paid 46.90% on $850.00; Claim# 6; Filed: $850.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -398.68 | 5,621.26 |
| 04/20/11 | 126 | Patty Brown | Dividend paid 46.90% on $900.00; Claim# 8; Filed: $900.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 422.13 | 5,199.13 |
| 04/20/11 | 126 | Patty Brown | Dividend paid 46.90% on $900.00; Claim# 8; Filed: $900.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -422.13 | 5,621.26 |
| 04/20/11 | 127 | Terra Radetski | Dividend paid 46.90% on $950.00; Claim# 9; Filed: $950.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 445.59 | 5,175.67 |
| 04/20/11 | 127 | Terra Radetski | Dividend paid 46.90% on $950.00; Claim# 9; Filed: $950.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -445.59 | 5,621.26 |
| 04/20/11 | 128 | People's Energy | Dividend paid 46.90% on $140.00; Claim# 10; Filed: $140.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 65.67 | 5,555.59 |
| 04/20/11 | 128 | People's Energy | Dividend paid 46.90% on $140.00; Claim# 10; Filed: $140.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -65.67 | 5,621.26 |
| 04/20/11 | 129 | People's Energy | Dividend paid 46.90% on $870.00; Claim# 11; Filed: $870.00; Reference: Re-issued Voided on 04/20/11 | 7200-000 | | ! 408.06 | 5,213.20 |
| 04/20/11 | 129 | People's Energy | Dividend paid 46.90% on $870.00; Claim# 11; Filed: $870.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -408.06 | 5,621.26 |
| 04/20/11 | 130 | Patty Brown | Dividend paid 46.90% on $900.00; Claim# 13; Filed: $900.00; Reference: Re-issued | 7200-000 | | ! 422.13 | 5,199.13 |

Subtotals :   $0.00   $422.13

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/13/2011 11:20 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 10-29992-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | CARSTINE PROPERTIES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-66 - Checking Account |
| Taxpayer ID #: | **-***9269 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided on 04/20/11 | | | | |
| 04/20/11 | 130 | Patty Brown | Dividend paid 46.90% on $900.00; Claim# 13; Filed: $900.00; Reference: Re-issued Voided: check issued on 04/20/11 | 7200-000 | | ! -422.13 | 5,621.26 |
| 04/20/11 | 131 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 1; Filed: $1,200.00; Reference: | 5600-000 | | 1,200.00 | 4,421.26 |
| 04/20/11 | 132 | Michele L.Byrd | Dividend paid 100.00% on $1,100.00; Claim# 14; Filed: $1,100.00; Reference: | 5600-000 | | 1,100.00 | 3,321.26 |
| 04/20/11 | 133 | Charles Jager | Dividend paid 53.73% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference: | 7200-000 | | 537.33 | 2,783.93 |
| 04/20/11 | 134 | City of Chicago | Dividend paid 53.73% on $421.00; Claim# 3; Filed: $421.00; Reference: | 7200-000 | | 226.22 | 2,557.71 |
| 04/20/11 | 135 | Eric Voelz | Dividend paid 53.73% on $300.00; Claim# 4; Filed: $300.00; Reference: Voided on 04/28/11 | 7200-000 | | 161.20 | 2,396.51 |
| 04/20/11 | 136 | Kenya Wortham | Dividend paid 53.73% on $750.00; Claim# 5; Filed: $750.00; Reference: | 7200-000 | | 403.00 | 1,993.51 |
| 04/20/11 | 137 | Mattie Lee Caples | Dividend paid 53.73% on $850.00; Claim# 6; Filed: $850.00; Reference: | 7200-000 | | 456.73 | 1,536.78 |
| 04/20/11 | 138 | Terra Radetski | Dividend paid 53.73% on $950.00; Claim# 9; Filed: $950.00; Reference: Voided on 05/09/11 | 7200-000 | | 510.47 | 1,026.31 |
| 04/20/11 | 139 | People's Energy | Dividend paid 53.73% on $140.00; Claim# 10; Filed: $140.00; Reference: Stopped on 08/01/11 | 7200-000 | | 75.23 | 951.08 |
| 04/20/11 | 140 | People's Energy | Dividend paid 53.73% on $870.00; Claim# 11; Filed: $870.00; Reference: Stopped on 08/01/11 | 7200-000 | | 467.48 | 483.60 |
| 04/20/11 | 141 | Patty Brown | Dividend paid 53.73% on $900.00; Claim# 13; Filed: $900.00; Reference: | 7200-000 | | 483.60 | 0.00 |
| 04/28/11 | 135 | Eric Voelz | Dividend paid 53.73% on $300.00; Claim# 4; Filed: $300.00; Reference: Voided: check issued on 04/20/11 | 7200-000 | | -161.20 | 161.20 |
| 05/09/11 | 138 | Terra Radetski | Dividend paid 53.73% on $950.00; Claim# 9; Filed: $950.00; Reference: Voided: check issued on 04/20/11 | 7200-000 | | -510.47 | 671.67 |
| 08/01/11 | 139 | People's Energy | Dividend paid 53.73% on $140.00; Claim# 10; Filed: $140.00; Reference: Stopped: check issued on 04/20/11 | 7200-000 | | -75.23 | 746.90 |

Subtotals :    $0.00    $4,452.23

{} Asset reference(s)        !-Not printed or not transmitted

Printed: 09/13/2011 11:20 AM    V.12.57

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 10-29992-BWB  
**Case Name:** CARSTINE PROPERTIES  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  

**Taxpayer ID #:** **-***9269  
**Period Ending:** 09/13/11  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/11 | 140 | People's Energy | Dividend paid 53.73% on $870.00; Claim# 11; Filed: $870.00; Reference: Stopped: check issued on 04/20/11 | 7200-000 | | -467.48 | 1,214.38 |
| 08/01/11 | 142 | Clerk Of The U.S. Bankruptcy Court | | | | 1,214.38 | 0.00 |
| | | | 161.20 | 7200-001 | | | 0.00 |
| | | | 510.47 | 7200-001 | | | 0.00 |
| | | | 75.23 | 7200-001 | | | 0.00 |
| | | | 467.48 | 7200-001 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,827.29 | 7,827.29 | $0.00 |
| Less: Bank Transfers | | 7,827.29 | 0.00 | |
| **Subtotal** | | 0.00 | 7,827.29 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$7,827.29** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******06-65** | 7,833.61 | 6.32 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 7,827.29 | 0.00 |
| | $7,833.61 | $7,833.61 | $0.00 |

{} Asset reference(s)